UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-20757-KING/MCALILEY

ELISEO FERNANDEZ )
JOSE MIGUEL VALLE and all others )
similarly situated under 29 U.S.C. 216(B), )
)
        Plaintiffs, )
vs. )
)
A-1 DURAN ROOFING, INC. )
A-1 DURAN ROOFING & INSULATION )
SERVICES, INC. )
A-1 DURAN ROOFING, LLC )
DURAN TRUCK, INC. )
DURAN INTERNATIONAL, INC. )
LITECRETE, INC. )
BERNARDO DURAN, )
)
        Defendants. )
)

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Approval of Parties' Settlement Agreement, and Dismissal with Prejudice. Having reviewed the joint motion the Court finds that both Parties were represented by counsel and therefore negotiated a settlement of this matter in an adversarial proceeding. *See, Martin v. Spring Break '83 Prods., LLC*, 688 F.3d 247 (5th Cir. 2012) (*Lynn's Food Stores, Inc.* fairness concerns not implicated regarding settlement that occurred within the context of an FLSA lawsuit where a plaintiff-employee is represented by counsel), followed by *Smith v. Tri-City Transmission Serv.*, 2012 U.S. Dist. LEXIS 119428 (D. Ariz. Aug. 23, 2012). Therefore, the Court finds that approval is not necessary.

In the event Court approval is necessary, the Court has reviewed the Parties' Motion and settlement agreement and it appears to the Court that due cause exists to grant this motion,

1

approve the settlement agreement and dismiss the case with prejudice with the Court to retain jurisdiction to enforce the terms of the Agreement. Therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the settlement agreement is hereby **APPROVED** by the court and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the agreement and each party to bear its own costs and attorney's fees except as otherwise agreed. All pending motions are denied as moot. This case is closed.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 25 day of February 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

2